```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19775
   VIVIAN ZABALA
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-4662

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/25/2007 and was confirmed 01/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID             PAID
--------------------------------------------------------------------------------
EMC MORTGAGE               CURRENT MORTG          .00             .00              .00
EMC MORTGAGE               MORTGAGE ARRE    12046.60             .00         12046.60
ROUNDUP FUNDING LLC        UNSEC W/INTER      766.91             .00              .00
B-REAL LLC                 UNSEC W/INTER      132.00             .00              .00
HENRY ZABALA               NOTICE ONLY     NOT FILED             .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       1,643.00                          1,643.00
TOM VAUGHN                 TRUSTEE                                             1,190.40
DEBTOR REFUND              REFUND                                                  .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 14,880.00

PRIORITY                                             .00
SECURED                                        12,046.60
UNSECURED                                            .00
ADMINISTRATIVE                                  1,643.00
TRUSTEE COMPENSATION                            1,190.40
DEBTOR REFUND                                        .00
                        --------------         --------------
TOTALS                  14,880.00              14,880.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/26/09
                                /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE